```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. IRIS B. BINGHAM            CASE NO. A03-0088-CR (RRB)
Defendant: X Present X  On Bond

BEFORE THE HONORABLE:          RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:         ELISA SINGLETON

UNITED STATES' ATTORNEY:       CRANDON RANDELL

DEFENDANT'S ATTORNEY:          RANDALL CAVANAUGH

U.S.P.O.:                      MARY BARNES

PROCEEDINGS: CONTINUED INITIAL APPEARANCE ON PETITION TO
             REVOKE PROBATION - HELD 12/6/05:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:34 a.m. court convened.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X  PLEAS: Admission to allegation 1 of the Petition to Revoke probation; Denial as to allegation 2 of the Petition to Revoke.

X Order Setting Conditions of Release **FILED**.

X Other: Evidentiary Hearing set for **December 13, 2005, 11:00 a.m.**

At 10:49 a.m. court adjourned.

DATE: December 6, 2005          DEPUTY CLERK'S INITIALS:   ES