UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA v. BINGHAM

DATE:  December 9, 2005     CASE NO.  A03-0088 CR (RRB)

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING HEARING**

---

Due to a criminal trial, the evidentiary hearing scheduled in this matter for December 13, 2005, is **RESCHEDULED** and will be held on **Thursday, December 15, 2005, at 11:00 a.m.**, in Courtroom 2.

M.O. RESCHEDULING HEARING