**FILED**

DEC 1 2 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

By _____ PD _____ Dep

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>USA</u>   v.   <u>IRIS B. BINGHAM</u>

DATE:   <u>December 12, 2005</u>   CASE NO.   <u>A03-0088 CR (RRB)</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**SECOND RESCHEDULING NOTICE**

---

It now appears that the criminal trial commenced on Friday will go to the jury Monday, so the evidentiary hearing in this matter is rescheduled back to its original date and time, **Tuesday, December 13, 2005, at 11:00 a.m.**  Apologies for any inconvenience the rescheduling of this hearing has caused parties and counsel.

PD 12-12-05

SECOND RESCHEDULING NOTICE

406