**UNITED STATES DISTRICT COURT**
**District of Alaska**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>IRIS B. BINGHAM | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br>For Offenses Committed On or After November 1, 1987<br>(Original Judgment filed <u>10/16/05</u>)<br>Case Number: <u>3:03-cr-88-04-RRB</u><br><u>Randall Cavanaugh</u><br>         Defendant's Attorney |

Defendant's probation officer filed a petition on <u>10/27/2005</u> accusing defendant of <u>2</u> violations of the conditions of supervision provided in the original judgment. Defendant <u>admitted allegation 1 of the petition</u>. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Standard | Commit another federal, state, or local crime. | 06/24/05 | C |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to [X] modification or [_] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through <u>2</u> of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

<u>January 12, 2006</u>
Date of Disposition Hearing

*[signature]*
Signature of Judicial Officer
<u>RALPH R. BEISTLINE, U.S. DISTRICT JUDGE</u>
Name & Title of Judicial Officer

<u>January 17, 2006</u>
Date

AO245.REV

Defendant: Iris B. Bingham                    Amended Judgment--Page 2 of 2
Case No.:  3:03-cr-88-04-RRB

## PROBATION/SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release [_] probation [X] is modified as follows:

6 months home confinement, electronic monitoring with work passes only.
Drug treatment as suggested by the U.S. Probation Officer

The term of supervision is not [X] is [_] extended as follows:

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV