Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E:  randall@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:03-cr-00088-RRB-4 |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER FOR MOTION FOR |
| ) | PERMISSION TO LEAVE |
| IRIS BINGHAM, ) | STATE FOR A FUNERAL: |
| ) | FILED ON SHORTENED TIME |
| Defendant. ) | |
| ) | |

**IT IS HEREBY ORDERED** that Ms. Bingham may travel to Utah for her brother's funeral.   She is to file with her probation officer a travel plan and report back to her probation officer for testing.

ENTERED this _____ day of May, 2006, at Anchorage, Alaska.

_____
HONORABLE R. BEISTLINE
U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 16th day of May, 2006, on:

Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

    /s/ Randall S. Cavanaugh
      Kalamarides & Lambert