Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E: randall@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IRIS BINGHAM, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 3:03-cr-00088-RRB-4 <br><br> ORDER FOR MOTION FOR PERMISSION TO LEAVE STATE FOR A FUNERAL: FILED ON SHORTENED TIME |

**IT IS HEREBY ORDERED** that Ms. Bingham may travel to Utah for her brother's funeral. She is to file with her probation officer a travel plan and report back to her probation officer for testing.

ENTERED this  16  day of May, 2006, at Anchorage, Alaska.

_____
HONORABLE R. BEISTLINE
U.S. DISTRICT COURT JUDGE