

United States Department of Justice
United States Marshals Service
District of Alaska

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To: US District Court
US Attorney
US Probation
US FPD

From: Randy M. Johnson
United States Marshal
District of Alaska

INRE:   **PRISONER IN FEDERAL CUSTODY**

| | |
|---|---|
| NAME: | BINGHAM, Iris B |
| DATE OF BIRTH: | 11/04/1972 |
| CHARGE: | Probation violation |
| CASE NUMBER: | A03-0088-04CR |
| PLACE HELD: | Acc(e) |
| DATE OF ARREST: | 05/16/2006 |
| TIME OF ARREST: | 13:00 |
| PLACE ARRESTED: | US Probation |
| ARRESTED BY: | USMS |

REMARKS:

BOOKED IN ENGLISH:    YES _____    NO _____

LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM John Olson or SDUSM Stacy Melton AT (907) 271-5154. THANK YOU.