```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. __IRIS B. BINGHAM__    CASE NO. __3:03-cr-00088-04-RRB__
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____ROBIN M. CARTER_____

UNITED STATES' ATTORNEY: _____TOM BRADLEY_____

DEFENDANT'S ATTORNEY: _____RANDALL CAVANAUGH_____

U.S.P.O.: _____BETH MADER_____

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE
             PROBATION HELD 5/17/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:34 a.m. court convened.

Court and counsel heard re defense counsel previously appointed.

_X_ Copy of petition given to defendant; read.

_X_ Defendant advised of general rights.

_X_ Defendant advised of charges and penalties.

_X_ PLEAS: Denials entered to allegations _1, 2, 3 and 5; defendant admitted allegation 4._

_X_ Defendant detained/Detention Hearing set for **May 18, 2006 at 9:15 a.m.**  Order of Temporary Detention **FILED**.

_X_ OTHER: _Matter referred to U.S. District Judge for evidentiary Hearing._

At 9:50 a.m. court adjourned.

DATE: _May 17, 2006_          DEPUTY CLERK'S INITIALS: ___Rc___