Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E:  randall@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | Case No. 3:03-cr-00088-RRB-4 |
| Plaintiff,  ) | |
| ) | |
| v.  ) | ORDER FOR PROPOSAL FOR |
| ) | RELEASE: FUNERAL |
| IRIS BINGHAM,  ) | |
| ) | |
| Defendant.  ) | |
| ) | |

**IT IS HEREBY ORDERED** that Patricia Bingham will be third-party custodian and pick Iris Bingham up at the airport in Utah.  Ms. Iris Bingham shall remain in sight and sound with her mother, Patricia Bingham.  Ms. Iris Bingham and her mother shall reside with Danielle Bingham-Johnsen.

Should Iris Bingham violate her sight and sound while on third-party, Patricia Bingham shall inform the State of Alaska immediately of the incident.

Ms. Iris Bingham's son shall remain in the State of Anchorage while she is attending the funeral.

Ms. Iris Bingham shall return to the State of Alaska no later than May ____, 2006 or she will be in violation.

DATED this _____ day of May, 2006, at Anchorage, Alaska.

_____
HONORABLE R. BEISTLINE
U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 18th day of May, 2006, on:

Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

  /s/ Randall S. Cavanaugh
     Kalamarides & Lambert