# United States District Court
for the
## DISTRICT OF ALASKA

**RECEIVED**
MAY 17 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>vs.<br><br>BINGHAM, Iris B. | Case Number: A03-0088-04-CR<br><br>**WARRANT FOR ARREST** |

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest BINGHAM, Iris B. and bring her forthwith to the nearest Magistrate Judge to answer a probation violation petition charging her with five violations of her term of probation.

**redacted signature**

Ralph R. Beistline
U.S. District Court Judge

5/11/06
Date

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at:

Busch Anch., AK

| Date Received: 5/12/06 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 5/16/06 | K. Guynn | [signature] DUSM |