UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  USA   v.   IRIS BINGHAM

DATE:   May 23, 2006     CASE NO.   3:03-CR-0088-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING EVIDENTIARY HEARING**

---

An evidentiary hearing on the petition to revoke will be held on **Wednesday, June 7, 2006, at 1:30 p.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. SCHEDULING HEARING