Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E:  randall@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:03-cr-00088-RRB-4 |
| Plaintiff, ) | |
| ) | |
| v. ) | MOTION FOR DISCOVERY |
| ) | |
| IRIS BINGHAM, ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW the Defendant, Iris Bingham, by and through her attorney, Randall S. Cavanaugh of KALAMARIDES & LAMBERT, and hereby moves this court for an order for the United States probation/Pre-Trial Services and the United States Attorney's Office to provide discovery in the above-captioned matter.  This includes a copy of any test results, notes kept by pretrial services that are going to be relied upon for the up coming evidentiary hearing.

DATED this 24th day of May, 2006, at Anchorage, Alaska.

                                              KALAMARIDES & LAMBERT
                                              Attorneys for Defendant

By:   /s/ Randall S. Cavanaugh
       Randall S. Cavanaugh, ABA #8812215
       KALAMARIDES & LAMBERT
       711 H Street, Suite 450
       Anchorage, AK 9951
       P: (907) 276-2135
       F: (907- 278-8514
       E: randall@kalamarides.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point.  I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 24th day of May, 2006, on:

Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513


  /s/ Randall S. Cavanaugh
    Kalamarides & Lambert

USA v. Iris Bingham
Case No.  3:03-cr-00088-RRB-4
Page 2