Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E:  randall@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:03-cr-00088-RRB-4 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER FOR |
| | ) | MOTION FOR DISCOVERY |
| IRIS BINGHAM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY ORDERED** that United States Probation/ Pre-Trial Services and

the United States Attorney's Office shall provide discovery in the above-captioned matter

within five (5) days from the date of distribution of this order.  This includes a copy of any

test results, notes kept by pretrial services that are going to be relied upon for the up

coming evidentiary hearing.

ENTERED this _____ day of _____, 2006, at Anchorage, Alaska.

_____
U.S. DISTRICT COURT JUDGE

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point.  I further certify that a true and correct copy of the foregoing was served via **electronic mail** this _____ day of May, 2006, on:

Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513


___/s/ Randall S. Cavanaugh___
Kalamarides & Lambert


USA v. Iris Bingham
Case No.  3:03-cr-00088-RRB-4
Page 2
F:\Cases\Bingham-Iris\A03-0088 CR (RRD)\PTR\discovery.ord.wpd