Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E:  randall@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                                                                )<br>                         Plaintiff,            )<br>                                                                )<br>       v.                                                    )<br>                                                                )<br>IRIS BINGHAM,                                 )<br>                                                                )<br>                         Defendant.       )<br>_____) | Case No. 3:03-cr-00088-RRB-4<br><br>ORDER FOR<br>MOTION FOR DISCOVERY<br>FILED ON SHORTENED TIME |

**IT IS HEREBY ORDERED** that United States Probation/ Pre-Trial Services and the United States Attorney's Office shall provide discovery in the above-captioned matter within five (5) days from the date of distribution of this order.  This includes a copy of any test results, notes kept by pretrial services that are going to be relied upon for the up coming evidentiary hearing.

ENTERED this _____ day of _____, 2006, at Anchorage, Alaska.

_____
U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 31st day of May, 2006, on:

Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513


  /s/ Randall S. Cavanaugh
    Kalamarides & Lambert

USA v. Iris Bingham
Case No. 3:03-cr-00088-RRB-4
Page 2
F:\Cases\Bingham-Iris\A03-0088 CR (RRb)PTR\discovery-shorten time.ord.wpd