Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E: randall@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 3:03-cr-00088-RRB-4 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER FOR |
| | ) | MOTION FOR DISCOVERY |
| IRIS BINGHAM, | ) | FILED ON SHORTENED TIME |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY ORDERED** that United States Probation/ Pre-Trial Services and the United States Attorney's Office shall provide discovery in the above-captioned matter within five (5) days from the date of distribution of this order. This includes a copy of any test results, notes kept by pretrial services that are going to be relied upon for the up coming evidentiary hearing.

ENTERED this 5 day of June, 2006, at Anchorage, Alaska.

U.S. DISTRICT COURT JUDGE