(Rev 2/03)

# LIST OF EXHIBITS

Case No. 3:03-CR-00088-04-RRB    ~~Magistrate Judge~~/Judge: Ralph R. Blistline

Title U.S.A.

vs. Iris B. Bingham

Dates of Hearing/~~Trial~~: June 7, 2006

Deputy Clerk/Recorder: Caroline Edmiston

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Crandon Randell | Randall Cavanaugh |
| | |
| | |

---EXHIBITS---

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | X | 6/7/06 | Agreement | | | | |
| 2 | X | 6/7/06 | Form Use of Alcohol | | | | |
| 3 | X | 6/7/06 | Print out from Web Patrol | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |